COMMONWEALTH of Pennsylvania, Respondent

v.

DeShannon PETTY, Petitioner

No. 134 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN the INTEREST OF: N.A.P., a Minor

Petition of: D.P., Mother

No. 262 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Rafael BRADSHEAR, Petitioner

No. 47 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Joshua JEAN, Petitioner

No. 57 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.